UNITED STATES BANKRUPTCY COURT
                   FOR THE NORTHERN DISTRICT OF IOWA

IN RE:                              )
                                    )    Chapter 7
MOHAMAD AFIF HERZ,                  )
                                    )    Bankruptcy No. 08-00412
     Debtor.                        )
                                    )
RENEE K. HANRAHAN, Trustee          )
                                    )    Adversary No. 08-09063
     Plaintiff,                     )
                                    )
vs.                                 )
                                    )
BASSEM AFIF HERZ and                )
MAITHAM AFIF HERZ,                  )
                                    )
     Defendants.                    )

            **ORDER RE: TRUSTEE'S MOTION FOR SUMMARY JUDGMENT**

     This matter came before the undersigned on April 17, 2009 for telephonic hearing. Plaintiff/Trustee was represented by attorney Abbe M. Stensland. Attorney Michael K. Lahammer appeared for Defendants Bassem Afif Herz ("Bassem") and Maitham Afif Herz ("Maitham"). This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(H).

     Trustee's complaint seeks to void real estate transactions as fraudulent transfers. In the Motion for Summary Judgment, Trustee states Defendants have not responded to requests for admissions. She asserts she is entitled to summary judgment based on deemed admissions and additional exhibits.

     Defendants are Debtor's brothers. They state that, in 2005, Debtor transferred real estate to Bassem for $31,000 and, in 2007, Bassem transferred it to Maitham for $32,000. They assert Debtor received reasonably equivalent value. Defendants have now answered Trustee's requests for admissions. They argue that Trustee has failed to prove Debtor was insolvent at the time of the transfers and assert that the transfers were made in good faith.

     The legal issues raised herein are nearly identical to those raised in a separate adversary proceeding involving some of the same parties, Hanrahan v. Herz et al (In re Herz), No. 08-00412, Adv. 08-09062. The Court has filed an Order on this date denying

Trustee's Motion for Summary Judgment in that action, a copy of which is attached hereto. Based on the law and analysis in that Order, the Court likewise concludes that issues of fact preclude summary judgment in this action.

**WHEREFORE**, Trustee's Motion for Summary Judgment is DENIED.

DATED AND ENTERED:

April 23, 2009

---

PAUL J. KILBURG
CHIEF BANKRUPTCY JUDGE